No. 10, Original. ARIZONA *v.* CALIFORNIA ET AL., *ante,* p. 114. Rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 484. PAYNE ET AL. *v.* KOEHLER, DISTRICT DIRECTOR OF INTERNAL REVENUE, *ante,* p. 904. Motion for leave to file petition for rehearing denied.

No. 32. MICHEL *v.* LOUISIANA, *ante,* p. 91;

No. 36. PORET ET AL. *v.* LOUISIANA, *ante,* p. 91;

No. 379. BAUSCH & LOMB OPTICAL CO. *v.* LYON, *ante,* p. 911;

No. 393. LAZAROV ET AL. *v.* UNITED STATES, *ante,* p. 886;

No. 458. PECKHAM *v.* UNITED STATES, *ante,* p. 912;

No. 461. DRAWDY INVESTMENT CO. *v.* LEONARD ET UX., *ante,* p. 908; and

No. 282, Misc. CEPERO *v.* PAN AMERICAN AIRWAYS, INC., *ante,* p. 925. Petitions for rehearing denied.

JANUARY 30, 1956.

No. 13, Original. WISCONSIN *v.* TENNESSEE. On motion for leave to file complaint. Argued January 23, 1956. Decided January 30, 1956. *Per Curiam:* The motion for leave to file the complaint is denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. *Vernon W. Thomson,* Attorney General, argued the cause for the State of Wisconsin, plaintiff. With him on the brief were *Stewart G. Honeck,* Deputy Attorney General, and *Roy G. Tulane* and *George F. Sieker,* Assistant Attorneys General. *Knox Bigham,* Assistant Attorney General, argued the cause for the State of Tennessee, defendant. With him on the brief